TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00069-CV

Saturnino Ramos, Jr., Appellant

v.

Ches-Lee Enterprises, Inc. d/b/a American Fireworks, Appellee

FROM THE DISTRICT COURT OF BASTROP COUNTY, 335TH JUDICIAL DISTRICT

NO. 22,075, HONORABLE JOHN L. PLACKE, JUDGE PRESIDING 

PER CURIAM

 Appellant, Saturnino Ramos, Jr., appeals from a judgment of the trial court in favor
of appellee Ches-Lee Enterprises, Inc. d/b/a American Fireworks. However, because appellant
has failed to pay a filing fee or file an affidavit of indigency, we will dismiss this appeal for want
of prosecution on our own motion. See Tex. R. App. P. 42.3 (b),(c).

Before Justices Powers, Kidd and B. A. Smith

Appeal Dismissed for Want of Prosecution

Filed: May 7, 1998

Do Not Publish